

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00238-CR

**DAVID SANCHEZ,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-F202000376**

## MEMORANDUM OPINION

Appellant, David Sanchez, appealed the trial court's judgment of conviction.

Appellant now moves to dismiss the appeal. He and his attorney have signed the motion.

*See* TEX. R. APP. P. 42.2(a).

Appellant's motion is granted, and this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
       Justice Johnson, and
       Justice Smith
Appeal dismissed
Opinion delivered and filed October 6, 2021
Do not publish
[CR25]

